


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** DARRYL MOODY

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) David Henry Hoffman
   United States Attorney's Office
   219 South Dearborn Street, Suite 500
   Chicago, IL 60604

**Defendant's Attorney:**

Darryl Moody
#21174-424
Hazelton - USP
P.O. Box 2000
Bruceton Mills, WV 26525

*[FILED stamp: KC FILED FEB 07 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT]*

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV820
JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *A. E. Woodham*  **Date:** 02/07/2008

*Gottschall, 03CR318*
*needs Mag. Jal.*