UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.    08 C 0820 |
| v. | ) | |
| Darryl Moody | ) | Judge Joan B. Gottschall |
| | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that former Assistant United States Attorneys David Hoffman and Patrick McGovern are no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorneys.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Stephen P. Baker
    Stephen P. Baker
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1598

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electric Case Filing (ECF), that the United States' Withdraw and Substitution of Counsel was served on Darryl Moody, via U.S. Mail to Darryl Moody, #21174-424, U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, West Virginia, 26525.

By: Stephen P. Baker
STEPHEN P. BAKER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1598