MHW

FILED
FEB 20 2008
2-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS CHICAGO

**DARRYL MOODY**
Petitioner

08C820

Case No.1:03-CR-00-318
JUDGE JOAN B.GOTTSCHALL

V.

**UNITED STATES OF AMERICA**
Respondent

### MOTION TO CORRECT FORMERLY FILED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO TITLE 28 U.S.C. §2255

Petitioner, Darryl Moody Sui-Juris. Now comes before this Court seeking to make the following corrections to his formerly filed Motion to vacate, set aside, or correct sentence pursuant to title 28 U.S.C. §2255.

1. On page 4, subparagraph two, change "...for the District of Nothern Illinois-Chicago. subject matter jurisdiction..." to "...for the District of Northern Illinois-Chicago's subject matter jurisdiction..."

2. On page 7, change '...because of the intimate infatuation..." to "...because of the romantic infatuation..."

3. On page 8, change "...should be excepted..." to "...should be accepted..."

Therefore, I pray that this Honorable Court grant this Motion to make the above mentioned corrections.

Respectfully submitted,

DARRYL MOODY
Petitioner

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served by U.S. Mail upon Patrick McGovern AUSA, 219 S. Dearborn Chicago, IL 60604. This ___ day of Feb 2008.

Respectfully submitted,

DARRYL MOODY
Petitioner