# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 820 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Darryl Moody vs. United States of America | | |

**DOCKET ENTRY TEXT**

The court withdraws its order [6] setting this matter for status on April 9, 2008. Instead, it orders the government to respond to plaintiff Darryl Moody's ("Moody") motion to vacate, set aside, or correct sentence pursuant to Title 28 § 2255 [1] within 28 days. Moody's motion to correct his motion [5] is granted and the government is instructed to make the requested changes to the motion to vacate before considering it. The court will rule by mail. Status hearing set for 4/9/2008 at 9:30AM is stricken.

■[ For further details see text below.]                                                                                 Docketing to mail notices.

**STATEMENT**

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|

Case 1:08-cv-00820   Document 7   Filed 03/12/2008   Page 1 of 1

08C820 Darryl Moody vs. United States of America                                                                   Page 1 of 1