

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DARRYL MOODY
    Petitioner

v.

U.S.A.
    Respond

No. 08 cv. 820

Judge Gottschall

**FILED**
JUN 2 2008 mb
Jun 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO GOVERNMENT'S
RESPONSE

Now Comes the Petitioner, Darryl Moody and Moves respectfully for a 15 day extension of time to file his reply to Government's response to his 2255 Motion for the following reasons:

1) USP Hazelton is currently on an Institutional lockdown and probably will remain so for the next 10 days.

2) The petitioner does not have access to legal materials or a copy machine.

Therefore, I pray that you grant this motion.

Respectfully Submitted,

Darryl Moody  5/22/08

## CERTIFICATE OF SERVICE

I, Darryl Moody, the petitioner hereby certifies that On May 27, 2008 I caused to be served upon Stephen P. Baker AUSA for the Northern District of ILLINOIS A Motion for extension of time to file a Reply to the Governments Response by way of US Mail.

_Darryl Moody_
Darryl Moody pro se.