# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 820 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Darryl Moody vs. United States | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the motion for extension of time [11] is granted. The petitioner shall file a reply in support of his § 2255 motion no later than July 11, 2008.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

## STATEMENT

Petitioner, Darryl Moody ("Moody"), filed a motion for an extension of time to file a reply in support of his § 2255 motion. The court had not set a deadline by which Moody should reply. Therefore, it construes his motion as a motion for leave to file a reply. *See Erickson v. Pardus*, ___ U.S. ___, 127 S. Ct. 2197, 2200 (2007) ("A document filed pro se is 'to be liberally construed.'" (internal citation omitted)).

The motion is granted and the court will allow time for Moody to file a reply. Moody is currently incarcerated and the prison is on institutional lockdown, thus preventing him from accessing the facilities he would need to prepare a reply. The court will therefore allow him a generous amount of time to file. Moody may file a reply by July 11, 2008.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|

Case 1:08-cv-00820　Document 12　Filed 06/09/2008　Page 1 of 1

08C820 Darryl Moody vs. United States　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1